# Court of Appeals
# of the State of Georgia

ATLANTA,___April 04, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1326.  CARL M. DRURY, III v. THE SECURITY STATE BANK.**

On May 18, 2012, the trial court entered a final order in favor of the defendant. The plaintiff, Carl M. Drury, III, did not file a notice of appeal from that order. Subsequently, however, he moved for permission to file an out-of-time appeal.  The trial court denied his motion, and Drury then filed this appeal.

As the trial court noted in its order, out-of-time appeals are not permitted in civil cases.  See *Register v. Elliott*, 285 Ga. App. 741, 744 (647 SE2d 406) (2007); *Woodall v. Woodall*, 248 Ga. 172 (281 SE2d 619) (1981).  Accordingly, the trial court's order resolving Drury's request for an out-of-time appeal is not subject to appellate review, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/04/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*